*R. Terry,* for plaintiff in error.

*C. F. McLaughlin, solicitor-general,* contra.

---

### 11401.　Rogers *v.* The State.

BLOODWORTH, J. The first and second grounds of the amendment to the motion for a new trial are but amplifications of the general grounds; the special grounds of the motion are without merit; there was evidence to support the finding of the jury, which is approved by the trial judge, and the judgment is

　　　　　*Affirmed. Broyles, C. J., and Luke, J., concur.*
　　　　　DECIDED MAY 11, 1920.

Indictment for possession of liquor; from Muscogee superior court — Judge Howard. February 21, 1920.

*R. Terry,* for plaintiff in error.

*C. F. McLaughlin, solicitor-general,* contra.

---

### 11402.　Weathers *v.* The State.

BROYLES, C. J. In this case the motion for a new trial contains only the usual general grounds; the evidence authorized the verdict, and the court did not err in refusing to grant a new trial.

　　　　　*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
　　　　　DECIDED MAY 11, 1920.

Accusation of larceny; from city court of Millen — Judge Dekle. February 21, 1920.

*W. C. Henson,* for plaintiff in error.

*W. Woodrum, solicitor,* contra.